**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Lashawn Dawson, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  - vs. -<br><br>Aosom LLC,<br><br>    Defendant. | DOCKET NO. 23-cv-7882 (LJL) (OTW)<br><br>**STATEMENT PURSUANT TO F.R.C.P. 7.1** |

  Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Aosom LLC affirms that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  September 28, 2023

*/s/ David Stein*
_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant