UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
LASHAWN DAWSON, on behalf of himself and     Civil Action No. 1:23-cv-07882
All others similarly situated,

            Plaintiff,

-against-

AOSOM LLC,
                                            **JOINT STIPULATION OF**
                                            **DISMISSAL WITHOUT**
                                                **PREJUDICE**

           Defendant.
———————————————————————x

       Plaintiff, LASHAWN DAWSON, and Defendant, AOSOM LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action without prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: October 18, 2023

By: _____          By: _____
Gabriel A. Levy, Esq.                David Stein, Esq.
   *Attorney for Plaimtiff*               *Attorney for Defendant*
Gabriel A. Levy, P.C.                   *Aosom LLC*
1129 Northern Blvd, Ste 404          Stein & Nieporent LLP
Manhasset, NY 11030                  1441 Broadway, Ste 6090
T: 347-941-4715                      New York, NY 10018
Glevy@glpcfirm.com                   T: 212-308-3444
                                                Dstein@steinllp.com